# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**v.**                  **CASE NO. 4:17-CV-00826 BSM**

**$726,340.00 IN U.S. CURRENCY**                            **DEFENDANT**

## ORDER AND DECREE OF FORFEITURE

The government's motion for default judgment and a decree of forfeiture [Doc. No. 5] is granted. Pursuant to 18 U.S.C. section 983 and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a verified complaint *in rem* for forfeiture of the defendant currency, served the complaint on all required parties, and published notice. No party filed a claim or answer or otherwise defended the case, and the time to do so has expired. Therefore, the Clerk entered a default. Doc. No. 4.

Pursuant to Federal Rule of Civil Procedure 55(b), default judgment is entered for the United States, and the defendant currency is forfeited. Title is vested in the United States, and all prior claims are extinguished and void. The defendant currency shall be disposed of according to law.

IT IS SO ORDERED this 16th day of February 2018.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE