# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                  CASE NO. 4:17-CV-00826 BSM

$726,340.00 IN U.S. CURRENCY                                    DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, default judgment is entered for the United States.

IT IS SO ORDERED this 16th day of February 2018.

_____
UNITED STATES DISTRICT JUDGE